FILED
RICHARD W. NAGEL
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO** 2020 MAR 19 PM 2: 22
**WESTERN DIVISION**

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**UNITED STATES OF AMERICA**

**Case No.  1:18-cr-00109(6)**

v.

**IEVGEN KARIAKA**

**ORDER APPOINTING**
**FEDERAL PUBLIC DEFENDER/CJA PANEL ATTORNEY**

Because the above named Defendant has testified under oath or has otherwise satisfied this

Court that he/she: (1) is unable to employ counsel; and (2) does not wish to waive counsel, and

because in the interests of justice so require, it is

**ORDERED** that the Federal Public Defender/CJA Panel Attorney is appointed to

represent the above named Defendant in this case.   The Defendant may be required to contribute

to the cost of this representation depending on circumstances to be determined at a later date.

Stephanie K. Bowman
United States Magistrate Judge